**BANK OF AMERICA**

Bank of America
CT2-186-01-01, 1366 Post RD
Fairfield, CT 06824

Renard Robinson
87 Naugatuck Ave
Milford CT 06461

U.S District Court
Clerks office.