SIKORSKY FINANCIAL CU IN Partial Acct # 4207436 ... 1000 ORONOQUE LN STRATFORD CT 06614 (203) 377-2252



**RENARD C ROBINSON** | Report # **3320-7116-63** for **10/16/19**

**Date opened**
Nov 2014
**Address ID #**
0009953406
**Type**
Credit card
**Responsibility**
Individual

**First reported**
Nov 2014
**Terms**
Not reported
**Monthly payment**
Not reported
**Credit limit or original amount**
$1,000
**High balance**
$1,252

**Recent balance**
$1,237 as of Oct 2019
**Status**
Account charged off. $1,237 written off. $1,237 past due as of Oct 2019. This account is scheduled to continue on record until Sep 2025.
**Comment:**
Account closed at credit grantor's request.
**Date of Status**
May 2019

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | [illegible] | [illegible] | [illegible] | [illegible] | CO | CO | CO | CO | CO | CO | | |
| 2018 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | [illegible] |
| 2017 | Full Year - In Good Standing | | | | | | | | | | | |
| 2016 | Full Year - In Good Standing | | | | | | | | | | | |
| 2015 | Full Year - In Good Standing | | | | | | | | | | | |
| 2014 | | | | | | | | | | | OK | OK |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 1,237 | 1,237 | 1,237 | 1,237 | 1,198 | 1,160 | 1,121 | 1,083 | 1,046 | 1,008 | 967 | 968 | 137 | 10 | 36 |
| DPR | Oct10 | Oct10 | Oct10 | Oct10 | Oct10 | Oct10 | Oct10 | Oct10 | Oct10 | Oct10 | Oct10 | Aug09 | Aug09 | Jul10 | Jun06 |
| SPA ($) | ND | ND | ND | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 10 | 25 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | 65 | ND | 780 | 1,020 | 930 |

| | May18 | Apr18 | Mar18 | Feb18 | Jan18 | Dec17 | Nov17 | Oct17 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 1,000 | 1,013 | 1,005 | 935 | 1,000 | 935 | 924 | 948 |
| DPR | Apr11 | Feb14 | Feb14 | Jan16 | Dec12 | Oct25 | Oct25 | Sep10 |
| SPA ($) | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| AAP ($) | 50 | ND | 950 | 100 | 700 | ND | 60 | 25 |

*Between Oct 2017 and Aug 2019, your credit limit/high balance was $1,000*

SYNCB/BANANA REP Partial Acct # 601859007197 ... PO BOX 965005 ORLANDO FL 32896 (800) 234-7455

**Date opened**
Dec 2015
**Address ID #**
0009953406
**Type**
Charge Card
**Responsibility**
Individual

**First reported**
Dec 2015
**Terms**
Not reported
**Monthly payment**
Not reported
**Credit limit or original amount**
$200
**High balance**
$338

**Recent balance**
Not reported
**Status**
Paid, Closed.
**Comment:**
Account closed at credit grantor's request.
This item was updated from our processing of your dispute in Oct 2019.
**Date of Status**
May 2018

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 60 | 120 | OK | OK | CLS | | | | | | | |
| 2017 | OK | OK | OK | OK | OK | OK | 30 | [illegible] | OK | OK | 30 | [illegible] |
| 2016 | Full Year - In Good Standing | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | OK |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Apr18 | Mar18 | Feb18 | Jan18 | Dec17 | Nov17 | Oct17 |
|---|---|---|---|---|---|---|---|
| AB ($) | 26 | 46 | 301 | 259 | 217 | 175 | 135 |
| DPR | Apr16 | Mar15 | Sep17 | Sep17 | Sep17 | Sep17 | Sep17 |
| SPA ($) | 26 | 25 | 46 | 45 | 44 | 42 | 41 |
| AAP ($) | 46 | 260 | ND | ND | ND | ND | ND |

*Between Oct 2017 and Apr 2018, your credit limit/high balance was $200*

SYNCB/TJX COS Partial Acct # 604585102443 ... PO BOX 965015 ORLANDO FL 32896 (877) 890-3150

**Date opened**
May 2015
**Address ID #**
0009953406
**Type**
Charge Card
**Responsibility**
Individual

**First reported**
May 2015
**Terms**
Not reported
**Monthly payment**
Not reported
**Credit limit or original amount**
$140
**High balance**
$608

**Recent balance**
$341 as of Oct 2019
**Status**
Account charged off. $341 written off. $247 past due as of Oct 2019. This account is scheduled to continue on record until Jan 2026.
This item was updated from our processing of your dispute in Oct 2019.
**Date of Status**
Sep 2019

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | OK | OK | OK | 30 | [illegible] | [illegible] | [illegible] | [illegible] | CO | CO | | |
| 2018 | Full Year - In Good Standing | | | | | | | | | | | |
| 2017 | Full Year - In Good Standing | | | | | | | | | | | |
| 2016 | OK | OK | OK | OK | [illegible] | [illegible] | OK | OK | [illegible] | [illegible] | [illegible] | [illegible] |
| 2015 | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 341 | 306 | 264 | 224 | 184 | 145 | 107 | 27 | 51 | 127 | 99 | 0 | 14 | 37 | 0 |
| DPR | Feb19 | Feb19 | Feb19 | Feb19 | Feb19 | Feb19 | Feb19 | Feb19 | Jan16 | Dec16 | Oct16 | Oct16 | Sep16 | May17 | May17 |
| SPA ($) | ND | 45 | 44 | [illegible] | 41 | 40 | 8 | 27 | 25 | 29 | 25 | 14 | 14 | 25 | 25 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | 51 | 54 | ND | ND | 14 | 25 | ND | ND |

| Jun18 | May18 | Apr18 | Mar18 | Feb18 | Jan18 | Dec17 | Nov17 | Oct17 |
|---|---|---|---|---|---|---|---|---|

RENARD ROBINSON - Experian
Date of Report: Aug 10, 2020





**SIKORSKY FINANCIAL CU**
**402888XXXXXXXXXX**

Closed

### ACCOUNT DETAILS

| | |
|---|---|
| Account Name | SIKORSKY FINANCIAL CU |
| Account # | 402888XXXXXXXXXX |
| Original Creditor | - |
| Company Sold | - |
| Account Type | REVOLVING |
| Date Opened | Nov 20, 2014 |
| Account Status! | Closed |
| Payment Status | Charge-off |
| Status Updated | May 2019 |
| Balance $ 1237 | $1,237 |
| Balance Updated | Jul 13, 2020 |
| Credit Limit | $1,000 |
| Monthly Payment | - |
| Past Due Amount | ? $225 |
| Highest Balance | ? - |
| Terms | Revolving |
| Responsibility | Individual |
| Your Statement | - |
| Comments | Account closed at credit grantor's request |

How?

### CREDIT USAGE

124%

* High Credit Usage *
Keeping your account balances as low as possible can have a positive impact on your credit.

### CONTACT INFORMATION

1000 ORONOQUE LN
STRATFORD, CT 06614
(203) 377-2252

### PAYMENT HISTORY

Closed

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | □ ? | N | N | N | N | N | N | □ | □ | □ | □ | □ |
| 2019 | 60 | 90 | 120 | 120 | N | N | N | N | N | N | N | □ ? |
| 2018 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | 30 |
| 2017 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2016 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2015 | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | ■ | ■ |

OK OK
30 30 Days Late
N Negative
□ Data Unavailable
120 120+ Days Late
60 60 Days Late
90 90 Days Late

Not reporting my dispute
- Balance incorect - 1237,94
- Reporting after Closed - 124% usage for 12 months +
- Balance is over credit limit when my past due is only $225.
- monthly payment missing - see TD bank Ex.
- Highest ballance missing - see TD bank Ex.
- December 19 / January 20 were not reported then started reporting again dispite account closed.

Summary | Accounts (Closed) | Collections | Inquiries | Public Records | Credit Score

Account incorrect and incomplete

## How to read your results

**Deleted**
This item was removed from your credit report.

**Remains**
The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

**Processed**
This item was either updated or deleted. Please review your report for the details.

**Updated (Your results will indicate which one of the following applies.)**

- The information you disputed has been updated. Please review your report for the details.
- The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.
- The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.
- Information on this item has been updated. Please review your report for the details.

# Print your report

Below is all the information currently in your credit report. The payment history guide and common questions will help explain your credit information. Print this page or write down your report number for future access.

## Address

Experian
P.O. Box 9701 Allen, TX 75013

**Any pending disputes will be highlighted below.**

Here are your dispute results 02/05/2021

Credit Items and Public Records

| Creditor / Vendor | Account number | Status | |
|---|---|---|---|
| SYNCB/BANANA REP | 601859007197.... | Deleted | This item was removed from your credit report. Please review your report for the details. |
| SIKORSKY FINANCIAL CU | 402888100009.... | Updated | The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details. |

### Before Dispute

**Account name**
SIKORSKY FINANCIAL CU IN

1000 ORONOQUE LN
STRATFORD, CT 06614
203 377 2252
**Address identification number**
0009953406

**Account number**
402888100009....
**Type**
Credit card
**Terms**
NA
**On record until**
Aug 2025

**Recent balance**
$1,238 as of 12/21/2020
**Credit limit or original amount**
$1,000
**High balance**
$1,252
**Monthly payment**
$0
**Recent payment amount**
$40

**Date opened**
11/2014
**Date of status**
05/2019
**First reported**
11/2015
**Responsibility**
Individual

**Status**
Account charged off. $1,238 written off. $350 past due as of Dec 2020.
**Comment**
Account closed at credit grantor's request

### After Dispute

**Account name**
SIKORSKY FINANCIAL CU IN

1000 ORONOQUE LN
STRATFORD, CT 06614
203 377 2252
**Address identification number**
0009953406

**Account number**
402888100009....
**Type**
Credit card
**Terms**
NA
**On record until**
May 2023

**Recent balance**
$1,237 as of 01/12/2021
**Credit limit or original amount**
$1,000
**High balance**
$1,252
**Monthly payment**
$0
**Recent payment amount**
$40

**Date opened**
11/2014
**Date of status**
05/2019
**First reported**
11/2015
**Responsibility**
Individual

**Status**
Account charged off. $1,238 written off. $375 past due as of Jan 2021.
**Comment**
Account closed at credit grantor's request
**Reinvestigation information**
This item was updated from our processing of your dispute in Jan 2021.

| | | | |
|---|---|---|---|
| CAPITAL ONE BANK USA N | 517805763266.... | Remains | The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details. |
| PORTFOLIO RECOV ASSOC | 603535028284.... | Deleted | |

Exhibit 4

SIKORSKY FINANCIAL CU — $1,237

19 charge-offs — Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | SIKORSKY FINANCIAL CU | Balance | $1,237 |
| Account number | 402888XXXXXXXXXX | Balance updated | Jan 12, 2021 |
| Original creditor | - | Credit limit | $1,000 |
| Company sold | - | Monthly payment | - ? |
| Account type | Credit Card - Revolving Terms | Past due amount | $375 |
| Date opened | Nov 20, 2014 | Highest balance | - ? |
| Account status | Closed | Terms | Revolving |
| Payment status | Charge-off | Responsibility | Individual |
| Status updated | May 2019 | Your statement | - |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | – | – | – | – | – | – | – | – | – | – | – |
| 2020 | – | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | 60 | 90 | 120 | 120 | CO | CO | CO | CO | CO | CO | CO | – |
| 2018 | – | – | – | – | – | – | – | – | – | – | – | 30 |
| 2017 | – | – | – | – | – | – | – | – | – | – | – | – |
| 2016 | ● | ● | ● | ● | ● | ● | ● | ● | – | – | – | – |
| 2015 | – | – | – | – | – | – | – | – | – | – | ● | ● |

● On time CO Charge off 30 days late 60 days late 90 days late 120+ days late — Data unavailable

### Contact info

Address: 1000 ORONOQUE LN STRATFORD, CT 06614

Phone number: (203) 377-2252

### Comments

Account closed at credit grantor's request

Exhibit 5

| | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |

WEBBNK/FHUT

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 636992107340**** | 636992107340**** | 636992107340**** |
| Account Type: | Revolving | Revolving | Revolving |
| Account Type - Detail: | Charge account | Charge account | Charge account |
| Bureau Code: | Individual | Individual | Individual |
| Account Status: | Closed | Paid | Paid |
| Monthly Payment: | $0.00 | $0.00 | $0.00 |
| Date Opened: | 11/08/2018 | 11/01/2018 | 11/01/2018 |
| Balance: | $0.00 | $0.00 | $0.00 |
| No. of Months (terms): | 0 | 0 | 0 |
| High Credit: | $0.00 | $0.00 | $300.00 |
| Credit Limit: | $300.00 | $300.00 | $0.00 |
| Past Due: | $0.00 | $0.00 | $0.00 |
| Payment Status: | Current | Current | Current |
| Last Reported: | 07/22/2019 | 07/22/2019 | 07/01/2019 |
| Comments: | Closed | - | Closed or paid account/zero balance<br>Charge |
| Date Last Active: | 07/18/2019 | 07/01/2019 | - |
| Date of Last Payment: | - | - | - |

Two-Year payment history

Legend

| Month | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 17 | 17 | 17 | 17 | 17 |
| TransUnion | | OK | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | | | | | | | |
| Experian | | OK | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | | | | | | | |
| Equifax | | OK | OK | OK | | OK | OK | OK | OK | | | | | | | | | | | | | | | |

SIKOR CR UN

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 402888100009**** | 402888100009**** | 402888100009**** |
| Account Type: | Revolving | Revolving | Revolving |
| Account Type - Detail: | Credit Card | Credit Card | - |
| Bureau Code: | Individual | Individual | Individual |
| Account Status: | Derogatory | Derogatory | Derogatory |
| Monthly Payment: | $0.00 | $0.00 | $0.00 |
| Date Opened: | 11/01/2014 | 11/01/2014 | 11/01/2014 |
| Balance: | $1,238.00 | $1,237.00 | $1,238.00 — 1,238? |
| No. of Months (terms): | 0 | 0 | 0 |
| High Credit: | $1,250.00 | $0.00 | $1,238.00 |
| Credit Limit: | $1,000.00 | $1,000.00 | $0.00 |
| Past Due: | $375.00 | $375.00 | $375.00 → changes |
| Payment Status: | Collection/Chargeoff | Collection/Chargeoff | Collection/Chargeoff |
| Last Reported: | 02/05/2021 | 01/12/2021 | 02/01/2021 |
| Comments: | Charged off as bad debt | | |

Exhibit 6



| | |
|---|---|
| Account Status: | Paid |
| Monthly Payment: | - |
| Date Opened: | 03/01/2018 |
| Balance: | $0.00 |
| No. of Months (terms): | - |
| High Credit: | $135.00 |
| Credit Limit: | - |
| Past Due: | - |
| Payment Status: | Collection/Chargeoff |
| Last Reported: | 03/01/2021 |
| Comments: | Consumer disputes this account information<br>Medical |
| Date Last Active: | 03/01/2021 |
| Date of Last Payment: | - |

Two-Year payment history

Legend

| Month | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 21 | 21 | 21 | 21 | 21 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 19 | 19 | 19 | 19 | 19 | 19 | 19 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |

## SIKOR CR UN

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 402888100009**** | 402888100009**** | 402888100009**** |
| Account Type: | Revolving | Revolving | Revolving |
| Account Type - Detail: | Credit Card | Credit Card | - |
| Bureau Code: | Individual | Individual | Individual |
| Account Status: | Derogatory | Derogatory | Derogatory |
| Monthly Payment: | $0.00 | $0.00 | $0.00 |
| Date Opened: | 11/20/2014 | 11/01/2014 | 11/01/2014 |
| Balance: | $1,237.00 | $1,237.00 | $1,237.00 |
| No. of Months (terms): | 0 | 0 | 0 |
| High Credit: | $1,252.00 | $0.00 | $1,237.00 |
| Credit Limit: | $0.00 | $1,000.00 | $0.00 |
| Past Due: | $425.00 | $425.00 | $425.00 |
| Payment Status: | Collection/Chargeoff | Collection/Chargeoff | Collection/Chargeoff |
| Last Reported: | 03/12/2021 | 03/12/2021 | 03/01/2021 |
| Comments: | Charged off as bad debt<br>Canceled by credit grantor | Account has been closed due to inactivity.<br>Unpaid balance reported as a loss by the credit grantor. | Charged off account<br>Accounts closed by credit grantor |
| Date Last Active: | 01/10/2019 | 05/01/2019 | 09/01/2016 |
| Date of Last Payment: | 10/10/2018 | 10/10/2018 | 09/01/2016 |

Two-Year payment history

Legend

| Month | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 21 | 21 | 21 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |
| Experian | CO | CO | CO | CO | CO | CO | CO | CO | CO | | CO | CO | CO | CO | | CO | CO | CO | CO | | CO | CO | CO | 150 |
| Equifax | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 120 |

?

Exhibit 7



Prepared For **RENARD ROBINSON** **Date generated:** Apr 9, 2021

**SIKORSKY FINANCIAL CU** **$1,237**

24 potentially negative months Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | SIKORSKY FINANCIAL CU | Balance | $1,237 |
| Account number | 402888XXXXXXXXXX | Balance updated | Mar 12, 2021 |
| Original creditor | - | Credit limit | $1,000 |
| Company sold | - | Monthly payment | - ? |
| Account type | Credit Card - Revolving Terms | Past due amount | $425 |
| Date opened | Nov 20, 2014 | Highest balance | - ? |
| Account status | Closed | Terms | Revolving |
| Payment status | Charge-off | Responsibility | Individual |
| Status updated | May 2019 | Your statement | - |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | CO | CO | – | – | – | – | – | – | – | – | – |
| 2020 | – | CO | CO | CO | CO | – | CO | CO | CO | CO | CO | CO |
| 2019 | 30 | 60 | 120 | 120 | CO | CO | CO | – | CO | CO | CO | CO |
| 2018 | – | – | – | – | – | – | – | – | – | – | – | – |
| 2017 | – | – | – | – | – | – | – | – | – | – | – | – |
| 2016 | ● | ● | ● | ● | ● | ● | ● | ● | ● | – | – | – |
| 2015 | – | – | – | – | – | – | – | – | – | – | – | ● |

● On time CO Charge off 30 days late 60 days late 120+ days late – Data unavailable

### Contact info

| | |
|---|---|
| Address | 1000 ORONOQUE LN STRATFORD, CT 06614 |
| Phone number | (203) 377-2252 |

### Comments

Account closed at credit grantor's request

| | | | |
|---|---|---|---|
| Last Reported: | 07/22/2019 | 07/22/2019 | 07/01/2019 |
| Comments: | Closed | - | Closed or paid account/zero balance<br>Charge |
| Date Last Active: | 07/18/2019 | 07/01/2019 | - |
| Date of Last Payment: | - | - | - |

Two-Year payment history

Legend

| Month | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 17 | 17 | 17 | 17 | 17 |
| TransUnion | | OK | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | | | | | | | |
| Experian | | OK | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | | | | | | | |
| Equifax | | OK | OK | OK | | OK | OK | OK | OK | | | | | | | | | | | | | | | |

CAPITAL ONE

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 51780576**** | 51780576**** | 51780576**** |
| Account Type: | Revolving | Revolving | Revolving |
| Account Type - Detail: | Credit Card | Credit Card | Credit Card |
| Bureau Code: | Individual | Individual | Individual |
| Account Status: | Derogatory | Derogatory | Derogatory |
| Monthly Payment: | $0.00 | $0.00 | $0.00 |
| Date Opened: | 09/10/2018 | 09/01/2018 | 09/01/2018 |
| Balance: | $1,301.00 | $1,301.00 | $1,301.00 |
| No. of Months (terms): | 0 | 0 | 0 |
| High Credit: | $1,301.00 | $0.00 | $1,301.00 |
| Credit Limit: | $1,000.00 | $1,000.00 | $0.00 |
| Past Due: | $1,301.00 | $1,301.00 | $1,301.00 |
| Payment Status: | Collection/Chargeoff | Collection/Chargeoff | Collection/Chargeoff |
| Last Reported: | 03/01/2021 | 02/18/2021 | 03/01/2021 |
| Example → Comments: | Charged off as bad debt<br>Dispute resolved; reported by grantor | Account was in dispute - now resolved - reported by subscriber.<br>Unpaid balance reported as a loss by the credit grantor. | Charged off account<br>Credit card |
| Date Last Active: | 10/08/2019 | 10/01/2019 | 05/01/2019 |
| Date of Last Payment: | 03/01/2019 | 03/01/2019 | 05/01/2019 |

Two-Year payment history

Legend

| Month | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 21 | 21 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |
| Experian | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | 150 | 120 | 90 | 60 | 30 | | OK |
| Equifax | OK | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | 120 | 120 | 90 | 60 | 30 | OK | OK |

(Original Creditor: )

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | | | 3310**** |
| Account Type: | | | Collection |
| Account Type - Detail: | | | Collection |
| Bureau Code: | | | Individual |



RENARD ROBINSON - Experian
Date of Report: Aug 10, 2020

experian.

**TD BANK NA**
**483950XXXXXXXXXX**

Closed

**ACCOUNT DETAILS**

| | |
|---|---|
| Account Name | TD BANK NA |
| Account # | 483950XXXXXXXXXX |
| Original Creditor | - |
| Company Sold | - |
| Account Type | REVOLVING |
| Date Opened | Aug 22, 2018 |
| Account Status! | Closed |
| Payment Status | Current |
| Status Updated | Sep 2019 |
| Balance | - |
| Balance Updated | Sep 04, 2019 |
| Credit Limit | $10,000 |
| Monthly Payment | $35 |
| Past Due Amount | - |
| Highest Balance | $3,772 |
| Terms | Revolving |
| Responsibility | Terminated |
| Your Statement | - |
| Comments | - |

**CREDIT USAGE**

N/A

Unknown Credit Usage
Credit usage could not be calculated for this account because either the balance and/or credit limit were not reported.

**CONTACT INFORMATION**

70 GRAY RD
PORTLAND, ME 04105
(888) 751-9000

**PAYMENT HISTORY**

| 2019 | | | | 2018 | | | |
|---|---|---|---|---|---|---|---|
| Jan | Feb | Mar | Apr | Jan | Feb | Mar | Apr |
| OK | OK | OK | OK | | | | |
| May | Jun | Jul | Aug | May | Jun | Jul | Aug |
| OK | OK | OK | OK | | | | |
| Sep | Oct | Nov | Dec | Sep | Oct | Nov | Dec |
| OK | | | | OK | OK | OK | OK |

OK    Data Unavailable

Full Closed Account Report
*Example*

Summary | Accounts (Closed) | Collections | Inquiries | Public Records | Credit Score

 Exhibit 10



March 30, 2021

Questions: 1-877-239-1163

Renard Robinson
817 Naugatuck Ave.
Milford, CT 06461-2315

**Important information about your recent application.**

Thank you for your recent application for a Schwab Bank High Yield Investor Checking® account linked to a Schwab One® brokerage account. After careful consideration, your High Yield Investor Checking application has been declined because it does not meet the business guidelines set by Schwab Bank.

You will be notified in a separate letter regarding the status of your Schwab One account.

Our decision was based, in whole or in part, on information obtained in a report from the consumer reporting agency Equifax. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You also have a right to obtain a free copy of your credit report if you contact the agency at the address or phone number below and request the report within 60 days after receiving this notice:

Equifax
P.O. Box 740241
Atlanta, GA 30374
1-800-685-1111
www.equifax.com

In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. Please note that the reporting agency did not participate in our decision and will be unable to supply specific reasons why this application was declined.

We also obtained your credit score from Equifax and used it in making our decision. Your credit score is a number that reflects the information contained in your credit report. Your credit score can change as a result of how the information in your credit report changes.

On March 8, 2021 your credit score was reported to us as 628. Credit scores range from a low of 300 to a high of 850.

The key factors that adversely affected your credit score were:

*(Continued on next page)*



©2021 Charles Schwab Bank. All rights reserved. Member FDIC. CRS 00038 (0518-8GPA) 03/21 SGC63002-02 20950685_197366249

Defendants Incorrect Reporting...

SERIOUS DELINQUENCY, AND PUBLIC RECORD OR COLLECTION FILED
LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
NUMBER OF ACCOUNTS WITH DELINQUENCY
TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN → Defendants Efforts to continue reporting.

**Thank you for your understanding in this matter.** If you have questions or need assistance, please call a Schwab Bank Representative at 1-877-239-1163, Monday through Friday, 6 a.m. to 5 p.m. PT.

Sincerely,

Jannette Martinez

**Jannette Martinez**
Customer Verification & Research Center
P.O. Box 982600
EL PASO, TX 79998-2600

**Written Inquiries:** Charles Schwab Bank, Customer Verification & Research Center
211 Main Street, San Francisco, CA 94105

Charles Schwab & Co., Inc. and Charles Schwab Bank are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. Brokerage products offered by Charles Schwab & Co., Inc. are not insured by the FDIC, are not deposits or obligations of Charles Schwab Bank, and are subject to investment risk, including the possible loss of principal invested. Deposit and lending products are offered by Charles Schwab Bank, Member FDIC and an Equal Housing Lender.

Charles Schwab & Co., Inc. and Charles Schwab Bank are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. Brokerage products offered by Charles Schwab & Co., Inc. are not insured by the FDIC, are not deposits or obligations of Charles Schwab Bank, and are subject to investment risk, including the possible loss of principal invested. Deposit and lending products are offered by Charles Schwab Bank, Member FDIC and an Equal Housing Lender.

Member FDIC EQUAL HOUSING LENDER ©2021 Charles Schwab Bank. All rights reserved. Member FDIC. CRS 00038 (0518-8GPA) 03/21 SGC63002-02 20950685_197366249

Exhibit 12



March 30, 2021

Account #: ****-*523
Questions: 1-877-239-1163
Monday through Friday,
9 a.m. to 8 p.m. ET

Renard Robinson
817 Naugatuck Ave.
Milford, CT 06461-2315

**Your brokerage account has been closed.**

Dear Renard Robinson,

During a recent review, we found that the brokerage account noted above doesn't meet Schwab's business guidelines. After careful consideration, we have closed the account. We regret any inconvenience this may cause.

**What this means for your account.**

Your account is now closed. Please discontinue using all checks and Schwab Bank Visa® Platinum Debit Cards associated with this account. If you have scheduled electronic transfers to or from this account, please cancel them.

**Thank you for your understanding in this matter.** If you have any questions, please consult the General Terms section of your Schwab Brokerage Account Agreement or call us at the number above.

©2021 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. CRS 00038 (0520-0CSW) 03/21 SGC38873-09 20950670_197366228

 Exhibit 13

T&M
TOBIN & MAROHN
ATTORNEYS & COUNSELLORS AT LAW
538 Preston Avenue, Suite 270
Meriden, Connecticut 06450
Telephone (203) 777-6660 / Toll Free (877) 907-6660

AUG. 1, 2019
~~July 23, 2019~~

Renard C Robinson
817 Naugatuck Ave

Milford, Connecticut 06461

**RE: SIKORSKY FINANCIAL CREDIT UNION,INC**
ACCOUNT NUMBER(S): XXXXXXX63-16
**OUR FILE NUMBER: 19-00636-0**

Dear Renard C Robinson / :

In response to your recent communication we have reviewed your claim and want to provide you with the following response:

| In response to your recent communication please find our client's affidavit in support of their claim. |
|---|

Feel free to contact our office with any questions you may have.

Very truly yours,
TOBIN & MAROHN

BY:____________________
William L. Marohn, Esq.
JOSEPH M. TOBIN, P.C.

19-00636-0/IC-FJP
ny

This document is certified as a true and exact copy of the original and has been mailed by the undersigned on:

8-2-19
Name:

**THIS IS AN ATTEMPT TO COLLECT A DEBT.**
**ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**
**THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.**

Exhibit 14

From: Apple Card Support no_reply@post.applecard.apple
Subject: Your Apple Card application status
Date: Jun 10, 2021 at 1:39:33 PM
To: renard224@icloud.com




Goldman Sachs

**Apple Card Applicant:**
Renard Robinson, renard224@icloud.com

# Your application has been reviewed.

Thank you for your interest in Apple Card. Goldman Sachs Bank USA has reviewed your application, and it was not approved at this time because:

- Serious delinquency
- Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high
- Number of accounts with delinquency

**Goldman Sachs Bank USA received your credit score from TransUnion Consumer Solutions.**

Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score as of June 10, 2021: **589**

Scores range from a low of 300 to a high of 850.