# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

Renard C Robinson

**Full name(s) of Plaintiff(s)**
(Do not use *et al.*)

Case No. _____
(To be supplied by the Court)

v.

Sikorsky Financial Credit Union

**Full names of Defendant(s)**
(Do not use *et al.*)

## A. PARTIES

1. Renard C Robinson _____ is a citizen of Connecticut _____ who
   (Plaintiff)                                    (State)
presently resides at 817 Naugatuck Ave Milford, CT 06461 _____.
                         (mailing address)

2. Defendant Sikorsky Financial Credit Union _____ is a citizen of Connecticut _____
            (name of first defendant)                              (State)
whose address is 1000 Oronoque Ln Stratford, Ct 06461 _____.

3. Defendant _____ is a citizen of _____
               (name of second defendant)                         (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C § 1692 ("FDCPA")

FAIR CREDIT REPORTING ACT 15 U.S.C § 1681s-2 ("FCPA")

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

NOW Plaintiff brings this action for damages pursuant to FAIR DEBT COLLECTION PRACTICES ACT "FDCPA" under 15 U.S.C §1692, as well as FAIR CREDIT REPORTING ACT 15 U.S.C § 1681s-2, for the Defendant, Sikorsy Finacial Credit Union Vilotions of.

Defentant Sikorsky Financial Credit Unoin has been reporting inaccurate and incomplete information regarding Plaintiffs account to the big 3 credit reporting agencies: TransUnion, Equifax, and Experian, for over 24 months. Each of the aforementioned agencies, are "Consumer Reporting Agencies" as defined in 15 U.S.C § 1681(f). Upon information and beleif, each of the aforementioned agencies disburse consumer reports to third parties. Therefore, Defendant Sikorsky Financial Credit Union has through these agencies, furnished innaccurate misleading representation to all of Plaintiffs potential lenders and financial partners, on multiple occasions, while trying to collect a debt. As a result of the Defendant, Sikorsky Financial Credit Union's defamation conduct, actions and/or inactions, plaintiff sufferd damage of by loss of time, and monies due to plaintiffs attemps to correct the inaccurate information; loss of credit; loss of the ability to purchase and benefit from credit (examples attached in Exhibits 10-12,14); increased interest rates; and the mental and emotional pain, distress, anguish, anxiety, anger, worry, fear, humiliation, embarrassment, and frustration of credit and financial institution account denials.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I**:  Fair Debt Collection practices act U.S.C § 1692(e) §807 "Fasle or mimisleading Representations"

VIOLATION §807 (a) "The character amount, or legal status of any debt.."

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

Defendant Sikorsky Finacial Credit Union has furnished incomplete and incorrect information of diffent amounts to all 3 credit bureaus on multiple occasions. The attached exhibits, display credit report & report disputes documentation of "BALANCE" changing from $1,237 to $1,238 and back, multiple times while "PAST DUE BALANCE", is stated $1,237 in dispute results on 10/16/19 (exhibit 1) then only to report "PAST DUE BALANCE" $250 as of 8/10/20 ,then changes to $350 as of 12/21/20, to $375 as of 1/12/21, to $425 as of 5/01/2021. (exhibits 1-8) This Information has been disputed by Plaintiff and never corrected.

**Claim II**:  Fair Debt Collection practices act U.S.C § 1692(e) §807 "Fasle or mimisleading Representations"

VIOLATION §807 (10) "The use of any false representation or deceptive means to collect or attempt to collect debt.."

Supporting Facts:

-Defendant Sikorsey Financial Credit Union closed this account in May of 2019 (5/19); to date, the current account and payment status is closed and charged off, yet Defendant has still intentionally furnished a negative report over the past 24 months, in the INCORRECT "PAST DUE.." amounts of $250, $350, $375 & $425,  as well as reported both a $1,237 and $1,238 BALANCE, which is a 123% usage rating that critically damages Plaintiffs credit profile.
(See exhibit 9 for real closed account example)
-Defendant also is reporting different last payment dates of 10/10/18 for Transunion and experian while reporting a last payment date of 9/1/16 to Equifax.
(See exhibit 6) Plaintiff disputed this information and it was never corrected.

## E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

The Defendant Sikorsky Financial Credit Union immediately and actually, close, cancel and forgive any and all outstanding debts against Plaintiff. Most importantly, debt being reported to the credit reporting agencies Transunion, Equifax and Experian regaurding the account begining with 402888xxx. The defamaition, conduct and actions of Defendant, Sikorsky Financial Credit Union, were willful, deliberate, intentional, and/or with reckless disregard for the interest and rights of Plaintiff such as to justify that this court award Statutory, Acutal and Punitive damages agaist the Defendant to Plaintiff Renard C Robinson; Award plaintiff the cost of this action pursuant to "FDCPA" 15 U.S.C §1692 §813 "Civil Liability" (2)(A) Per Violation, per month of violations (24), and and pursuant to "FCRA" §616 "Civil Liability for willful noncompliance" 15 U.S.C § 1681n, A(1)(2), as well as §617 "Civil liability for negligent noncompliance" 15 U.S.C §1681o, and grant all such additional relief the court deems appropriate.

## F. JURY DEMAND

Do you wish to have a jury trial?   Yes  X            No

_____

Original signature of attorney (if any)

_____

Printed Name



(   )

Attorney's full address and telephone



Email address if available

_____

Plaintiff's Original Signature

Renard C Robinson

Printed Name


817 Naugatuck Ave
Milford, Ct 06461

(203) 913-1447
Plaintiff's full address and telephone

Rcrobinson224@yahoo.com

Email address if available


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Milford, CT _____ on ___ 6 / 25 / 21 _____.

                 (location)                         (date)

_____

**Plaintiff's Original Signature**


(Rev.3/29/16)

5

# D. CAUSE OF ACTION

**Claim 3:**
**"FAIR DEBT COLLECTION PRACTICES ACT" 15 U.S.C §1692(f)**
**§808 "UNFAIR PRACTICES"**
**VIOLATION** §808 (1) "The Collection of any amount (including interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law."

Defendant claims the "Balance" was $1,237 as of 10/19, then $1,238 as of 12/21/20, when Plaintiffs original principal obligation was only for a $1,000 line of credit. Defendant then also reported that the "past due balance" was $250 on 8/10/20 then increased it to $350 on 12/21/20 and $375 on 1/12/21 only to further increase it to $425 as of 5/1/21. (*See Exhibits 1-8*) The Defendant is trying to collect incidental fees to the principle obligation, after the account has been closed to get to a "Balance" of $1,238 as well as the incorrect "past due balance" of $425. Plaintiff Disputed this information and it was never corrected.

**Claim 4:**
**"FAIR DEBT COLLECTION PRACTICES ACT" 15 U.S.C §1692(e)**
**§807 "FALSE OR MISLEADING REPRESENTATION"**
**VIOLATION** §807 (8) "Commuting or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed."

Defendant has communicated this false, inaccurate information to the 3 major credit reporting agencies for over 24 months. Yet, Defendant has has still failed to furnish the fact that this debt has been disputed by Plaintiff, multiple times.
(*Exhibit 1 & 3 attached are Dispute Results. Exhibit 8 is an example of what Defendants reports are intentionally missing.*)

# D. CAUSE OF ACTION

**Claim 5:**
**FAIR DEBT COLLECTION PRACTICES ACT U.S.C 15 § 1692(e)**
**§807 "FALSE OR MISLEADING REPRESENTATION"**
**VIOLATION § 807(14)**
"The use of any business, company, or organization name other than the true name of the debt collectors business, company or organization"

Defendant Contacted Plaintiff through a Company/Business other than themselves in attempt to collect Debt. This Company admitted to being a debt collector by furnishing on their letter, the fact that they were attempting to collect a debt, and that the communication was from a debt collector. (See Exhibit 13)

**Claim 6:**
**FAIR CREDIT REPORTING ACT U.S.C § 1681s-2**
**§ 623 "RESPONSIBILITY OF FURNISHERS OF INFORMATION TO CONSUMER REPORTING AGENCIES"**
**VIOLATION § 623 A) 1(a&b) 2(b) & 3**
A "Duty of furnishers of information to provide accurate information"
1 "Prohibition"
2 "duty to correct and update information
3 "duty to provide notice of dispute"

After Multiple Disputes, Defendant, Sikorsky Financial Credit Union, has been well aware of these mistakes, inaccuracies, and the incorrect reporting of the Plaintiffs credit profile, being reported to the 3 major reporting agencies. Defendant has willfully neglected and ignored their duty as a furnisher of information to correct and update Plaintiffs incomplete and incorrect account reporting. While not only neglecting to correct this information, defendant also failed provide notice to the aforementioned agencies, that Plaintiff has actually made multiple disputes on this accounts reporting.
*(Exhibit 1 & 3 attached are Dispute Results. Exhibit 8 is an example of what Defendants reports are intentionally missing.)*

SIKORSKY FINANCIAL CU

1061745627

RENARD C ROBINSON | Report # 3320-7116-63 for 10/16/19



**Date opened**
Nov 2014
**Address ID #**
0009953406
**Type**
Credit card
**Responsibility**
Individual

**First reported**
Nov 2014
**Terms**
Not reported
**Monthly payment**
Not reported
**Credit limit or original amount**
$1,000
**High balance**
$1,252

**Recent balance**
$1,237 as of Oct 2019
**Status** .
Account charged off.
$1,237 written off. $1,237 past due as of Oct 2019.
This account is scheduled to continue on record until Sep 2025.
**Comment:**
Account closed at credit grantor's request.
**Date of Status**
May 2019

**Payment history**

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 |  |  |  | CO | CO | CO | CO | CO | CO | CO |  |  |
| 2018 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2017 |  |  | Full Year - In Good Standing |  |  |  |  |  |  |  |  |  |
| 2016 |  |  | Full Year - In Good Standing |  |  |  |  |  |  |  |  |  |
| 2015 |  |  | Full Year - In Good Standing |  |  |  |  |  |  |  |  |  |
| 2014 |  |  |  |  |  |  |  |  |  |  | OK | OK |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|  | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 1,237 | 1,237 | 1,237 | 1,237 | 1,198 | 1,160 | 1,121 | 1,083 | 1,046 | 1,008 | 967 | 968 | 137 | 10 | 36 |
| DPR | Oct10 | Oct10 | Oct10 | Oct10 | Oct10 | Oct10 | Oct10 | Oct10 | Oct10 | Oct10 | Oct10 | Aug09 | Aug09 | Jul10 | Jun06 |
| SPA ($) | ND | ND | ND | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 10 | 25 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | 25 | 25 | 65 | ND | 780 | 1,020 | 930 |

|  | May18 | Apr18 | Mar18 | Feb18 | Jan18 | Dec17 | Nov17 | Oct17 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 1,000 | 1,013 | 1,005 | 935 | 1,000 | 935 | 924 | 948 |
| DPR | Apr11 | Feb14 | Feb14 | Jan16 | Dec12 | Oct25 | Oct25 | Sep10 |
| SPA ($) | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| AAP ($) | 50 | ND | 950 | 100 | 700 | ND | 60 | 25 |

*Between Oct 2017 and Aug 2019, your credit limit/high balance was $1,000*

SYNCB/BANANA REP

**Date opened**
Dec 2015
**Address ID #**
0009953406
**Type**
Charge Card
**Responsibility**
Individual

**First reported**
Dec 2015
**Terms**
Not reported
**Monthly payment**
Not reported
**Credit limit or original amount**
$200
**High balance**
$338

**Recent balance**
Not reported
**Status**
Paid, Closed.
**Comment:**
Account closed at credit grantor's request.
This item was updated from our processing of your dispute in Oct 2019.
**Date of Status**
May 2018

**Payment history**

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 120 | 120 | OK | OK | CLS |  |  |  |  |  |  |  |
| 2017 | OK | OK | OK | OK | 90 | 60 | 30 | OK | OK | OK | OK | OK |
| 2016 |  |  | Full Year - In Good Standing |  |  |  |  |  |  |  |  |  |
| 2015 |  |  |  |  |  |  |  |  |  |  |  | OK |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|  | Apr18 | Mar18 | Feb18 | Jan18 | Dec17 | Nov17 | Oct17 |
|---|---|---|---|---|---|---|---|
| AB ($) | 28 | 46 | 301 | 259 | 217 | 175 | 135 |
| DPR | Apr16 | Mar15 | Sep17 | Sep17 | Sep17 | Sep17 | Sep17 |
| SPA ($) | 28 | 25 | 46 | 45 | 44 | 42 | 41 |
| AAP ($) | 46 | 260 | ND | ND | ND | ND | ND |

*Between Oct 2017 and Apr 2018, your credit limit/high balance was $200*

SYNCB/TJX COS Partial Acct

**Date opened**
May 2015
**Address ID #**
0009953406
**Type**
Charge Card
**Responsibility**
Individual

**First reported**
May 2015
**Terms**
Not reported
**Monthly payment**
Not reported
**Credit limit or original amount**
$140
**High balance**
$606

**Recent balance**
$341 as of Oct 2019
**Status**
Account charged off.
$341 written off. $247 past due as of Oct 2019.
This account is scheduled to continue on record until Jan 2026.
This item was updated from our processing of your dispute in Oct 2019.
**Date of Status**
Sep 2019

**Payment history**

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | OK | OK | OK | OK | OK | 120 | 120 | CO | CO |  |  |  |
| 2018 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2017 |  |  | Full Year - In Good Standing |  |  |  |  |  |  |  |  |  |
| 2016 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2015 |  |  |  |  |  |  |  |  |  |  |  |  |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|  | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 341 | 306 | 284 | 224 | 184 | 144 | 107 | 77 | 51 | 127 | 99 | 0 | 14 | 37 | 0 |
| DPR | Feb19 | Feb19 | Feb19 | Feb19 | Feb19 | Feb19 | Feb19 | Feb19 | Jan16 | Oct16 | Oct16 | Sep16 | May17 | May17 | May17 |
| SPA ($) | ND | ND | ND | ND | 42 | 9 | 51 | 27 | 26 | 28 | 25 | 14 | 14 | 25 | 25 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | 51 | 24 | ND | ND | 14 | ND | ND | ND |

|  | Jun18 | May18 | Apr18 | Mar18 | Feb18 | Jan18 | Dec17 | Nov17 | Oct17 |

RENARD ROBINSON - Experian
Date of Report: Aug 10, 2020



**SIKORSKY FINANCIAL CU**
**402888XXXXXXXXXX**

Closed



## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | SIKORSKY FINANCIAL CU |
| Account # | 402888XXXXXXXXXX |
| Original Creditor | - |
| Company Sold | - |
| Account Type | REVOLVING |
| Date Opened | Nov 20, 2014 |
| Account Status! | Closed |
| Payment Status | Charge-off |
| Status Updated | May 2019 |
| Balance | $1,237 |
| Balance Updated | Jul 13, 2020 |
| Credit Limit | $1,000 |
| Monthly Payment | - |
| Past Due Amount | $225 |
| Highest Balance | - |
| Terms | Revolving |
| Responsibility | Individual |
| Your Statement | - |
| Comments | Account closed at credit grantor's request |

## CREDIT USAGE

**124%**

High Credit Usage
Keeping your account balances
as low as possible can have a
positive impact on your credit.

### CONTACT INFORMATION

1000 ORONOQUE LN
STRATFORD, CT 06614
(203) 377-2252

### PAYMENT HISTORY

**2020**
| Jan | Feb | Mar | Apr |
|---|---|---|---|
|  | N | N | N |
| May | Jun | Jul | Aug |
| N | N | N |  |
| Sep | Oct | Nov | Dec |
|  |  |  |  |

**2019**
| Jan | Feb | Mar | Apr |
|---|---|---|---|
| N | 90 | 90 | 120 |
| May | Jun | Jul | Aug |
| N | N | N | N |
| Sep | Oct | Nov | Dec |
|  |  |  |  |

**2018** Closed
| Jan | Feb | Mar | Apr |
|---|---|---|---|
|  |  |  |  |
| May | Jun | Jul | Aug |
|  |  |  |  |
| Sep | Oct | Nov | Dec |
|  |  |  |  |

**2017**
| Jan | Feb | Mar | Apr |
|---|---|---|---|
|  |  |  |  |
| May | Jun | Jul | Aug |
|  |  |  |  |
| Sep | Oct | Nov | Dec |
|  |  |  |  |

**2016**
| Jan | Feb | Mar | Apr |
|---|---|---|---|
|  |  |  |  |
| May | Jun | Jul | Aug |
|  |  |  |  |
| Sep | Oct | Nov | Dec |
|  |  |  |  |

**2015**
| Jan | Feb | Mar | Apr |
|---|---|---|---|
|  |  |  |  |
| May | Jun | Jul | Aug |
|  |  |  |  |
| Sep | Oct | Nov | Dec |
|  |  |  |  |

OK OK
30 30 Days Late
Negative
120+ 120+ Days Late
60 60 Days Late
90 90 Days Late
Data Unavailable

*(Handwritten annotations:)*

How? ? ? ? Closed

$1237 $1237,94

← Not reporting My dispute

• Balance incorrect — 1237,94

• Reporting after Closed — 124% Usage for 12 months +

• Balance is over credit limit when my Past due is only $225,

• Monthly payment missing — see TD bank Ex.

• Highest balance missing — see TD bank Ex.

• December 19 / January 20 were not reported then started reporting again dispute account Closed.

| Summary | Accounts (Closed) | Collections | Inquiries | Public Records | Credit Score |
|---|---|---|---|---|---|

Account incorrect and Incomplete

## How to read your results

**Deleted**
This item was removed from your credit report.

**Remains**
The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

**Processed**
This item was either updated or deleted. Please review your report for the details.

**Updated (Your results will indicate which one of the following applies.)**

- The information you disputed has been updated. Please review your report for the details.
- The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.
- The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.
- Information on this item has been updated. Please review your report for the details.

# Print your report

Below is all the information currently in your credit report. The payment history guide and common questions will help explain your credit information. Print this page or write down your report number for future access.

### Address
Experian
P.O. Box 9701 Allen, TX 75013

**Any pending disputes will be highlighted below.**

Here are your dispute results 02-05-2021

Credit Items and Public Records

| Creditor / Vendor | Account number | Status | |
|---|---|---|---|
| SYNCB/BANANA REP | 601859007197.... | Deleted | This item was removed from your credit report. Please review your report for the details. |
| SIKORSKY FINANCIAL CU | 402888100009.... | Updated | The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details. |

### Before Dispute

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| SIKORSKY FINANCIAL CU IN | 402888100009.... | $1,238 as of 12/21/2020 | 11/2014 | Account charged off. $1,238 written off. $350 past due as of Dec 2020. |
| 1000 ORONOQUE LN STRATFORD, CT 06614 | **Type** Credit card | **Credit limit or original amount** $1,000 | **Date of status** 05/2019 | **Comment** Account closed at credit grantor's request. |
| 203 377 2252 | **Terms** NA | **High balance** $1,252 | **First reported** 11/2015 | |
| **Address identification number** 0009953406 | **On record until** Aug 2025 | **Monthly payment** $0 | **Responsibility** Individual | |
| | | **Recent payment amount** $40 | | |

### After Dispute

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| SIKORSKY FINANCIAL CU IN | 402888100009.... | $1,237 as of 01/12/2021 | 11/2014 | Account charged off. $1,238 written off. $375 past due as of Jan 2021. |
| 1000 ORONOQUE LN STRATFORD, CT 06614 | **Type** Credit card | **Credit limit or original amount** $1,000 | **Date of status** 05/2019 | **Comment** Account closed at credit grantor's request. |
| 203 377 2252 | **Terms** NA | **High balance** $1,252 | **First reported** 11/2015 | **Reinvestigation information** |
| **Address identification number** 0009953406 | **On record until** May 2023 | **Monthly payment** $0 | **Responsibility** Individual | This item was updated from our processing of your dispute in Jan 2021. |
| | | **Recent payment amount** $40 | | |

| | | | | |
|---|---|---|---|---|
| CAPITAL ONE BANK USA N | 517805763266.... | Remains | | The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details. |
| PORTFOLIO RECOV ASSOC | 603535028284.... | Deleted | | |

◉ SIKORSKY FINANCIAL CU                                                                $1,237

19 charge-offs                                                                         Closed

### ▣ Account info

| | | | |
|---|---|---|---|
| Account name | **SIKORSKY FINANCIAL CU** | Balance | **$1,237** |
| Account number | **402888XXXXXXXXXXX** | Balance updated | **Jan 12, 2021** |
| Original creditor | - | Credit limit | **$1,000** |
| Company sold | - | Monthly payment | - ? |
| Account type | **Credit Card - Revolving Terms** | Past due amount | **$375** |
| Date opened | **Nov 20, 2014** | Highest balance | - ? |
| Account status | **Closed** | Terms | **Revolving** |
| Payment status | **Charge-off** | Responsibility | **Individual** |
| Status updated | **May 2019** | Your statement | - |

### ▣ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | — | — | — | — | — | — | — | — | — | — | — |
| 2020 | — | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | 60 | 90 | 120 | 120 | CO | CO | CO | CO | CO | CO | CO | — |
| 2018 | — | — | — | — | — | — | — | — | — | — | — | 30 |
| 2017 | — | — | — | — | — | — | — | — | — | — | — | — |
| 2016 | ● | ● | ● | ● | ● | ● | ● | ● | — | — | — | — |
| 2015 | — | — | — | — | — | — | — | — | — | ● | ● | ● |

● On time    CO Charge off    30 days late    60 days late    90 days late    120+ days late    — Data unavailable

### ✉ Contact info

| | |
|---|---|
| Address | **1000 ORONOQUE LN STRATFORD, CT 06614** |
| Phone number | **(203) 377-2252** |

### ▢ Comments

**Account closed at credit grantor's request**

TransUnion

Experian

Equifax

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 636992107340**** | 636992107340**** | 636992107340**** |
| Account Type: | Revolving | Revolving | Revolving |
| Account Type - Detail: | Charge account | Charge account | Charge account |
| Bureau Code: | Individual | Individual | Individual |
| Account Status: | Closed | Paid | Paid |
| Monthly Payment: | $0.00 | $0.00 | $0.00 |
| Date Opened: | 11/08/2018 | 11/01/2018 | 11/01/2018 |
| Balance: | $0.00 | $0.00 | $0.00 |
| No. of Months (terms): | 0 | 0 | 0 |
| High Credit: | $0.00 | $0.00 | $300.00 |
| Credit Limit: | $300.00 | $300.00 | $0.00 |
| Past Due: | $0.00 | $0.00 | $0.00 |
| Payment Status: | Current | Current | Current |
| Last Reported: | 07/22/2019 | 07/22/2019 | 07/01/2019 |
| Comments: | Closed | - | Closed or paid account/zero balance Charge |
| Date Last Active: | 07/18/2019 | 07/01/2019 | - |
| Date of Last Payment: | - | - | - |

Two-Year payment history

🗐 Legend

| Month | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 17 | 17 | 17 | 17 | 17 |
| TransUnion | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | | | | | | | | | |
| Experian | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | | | | | | | | | |
| Equifax | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | | | | | | | | | |

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 402888100009**** | 402888100009**** | 402888100009**** |
| Account Type: | Revolving | Revolving | Revolving |
| Account Type - Detail: | Credit Card | Credit Card | - |
| Bureau Code: | Individual | Individual | Individual |
| Account Status: | Derogatory | Derogatory | Derogatory |
| Monthly Payment: | $0.00 | $0.00 | $0.00 |
| Date Opened: | 11/01/2014 | 11/01/2014 | 11/01/2014 |
| Balance: | $1,238.00 | $1,237.00 | $1,238.00 |
| No. of Months (terms): | 0 | 0 | 0 |
| High Credit: | $1,250.00 | $0.00 | $1,238.00 |
| Credit Limit: | $1,000.00 | $1,000.00 | $0.00 |
| Past Due: | $375.00 | $375.00 | $375.00 |
| Payment Status: | Collection/Chargeoff | Collection/Chargeoff | Collection/Chargeoff |
| Last Reported: | 02/05/2021 | 01/12/2021 | 02/01/2021 |
| Comments: | Charged off as bad debt | | |

*(handwritten annotations: "- 1,238 ?" next to Equifax Balance; "→ change 5" next to Equifax Past Due)*

| | |
|---|---|
| Account Status: | Paid |
| Monthly Payment: | - |
| Date Opened: | 03/01/2018 |
| Balance: | $0.00 |
| No. of Months (terms): | - |
| High Credit: | $135.00 |
| Credit Limit: | - |
| Past Due: | - |
| Payment Status: | Collection/Chargeoff |
| Last Reported: | 03/01/2021 |
| Comments: | Consumer disputes this account information Medical |
| Date Last Active: | 03/01/2021 |
| Date of Last Payment: | - |

**Two-Year payment history**

Legend

| Month | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 21 | 21 | 21 | 21 | 21 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 19 | 19 | 19 | 19 | 19 | 19 | 19 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 402888100009**** | 402888100009**** | 402888100009**** |
| Account Type: | Revolving | Revolving | Revolving |
| Account Type - Detail: | Credit Card | Credit Card | - |
| Bureau Code: | Individual | Individual | Individual |
| Account Status: | Derogatory | Derogatory | Derogatory |
| Monthly Payment: | $0.00 | $0.00 | $0.00 |
| Date Opened: | 11/20/2014 | 11/01/2014 | 11/01/2014 |
| Balance: | $1,237.00 | $1,237.00 | $1,237.00 |
| No. of Months (terms): | 0 | 0 | 0 |
| High Credit: | $1,252.00 | $0.00 | $1,237.00 |
| Credit Limit: | $0.00 | $1,000.00 | $0.00 |
| Past Due: | $425.00 | $425.00 | $425.00 |
| Payment Status: | Collection/Chargeoff | Collection/Chargeoff | Collection/Chargeoff |
| Last Reported: | 03/12/2021 | 03/12/2021 | 03/01/2021 |
| Comments: | Charged off as bad debt Canceled by credit grantor | Account has been closed due to inactivity. Unpaid balance reported as a loss by the credit grantor. | Charged off account Accounts closed by credit grantor |
| Date Last Active: | 01/10/2019 | 05/01/2019 | 09/01/2016 |
| Date of Last Payment: | 10/10/2018 | 10/10/2018 | 09/01/2016 |

**Two-Year payment history**

Legend

| Month | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 21 | 21 | 21 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |
| Experian | CO | CO | CO | CO | CO | CO | CO | CO | CO | | | CO | CO | CO | | | CO | CO | CO | | CO | CO | CO | 120 |
| Equifax | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 120 | |



Prepared For **RENARD ROBINSON**    **Date generated:** Apr 9, 2021

SIKORSKY FINANCIAL CU                                                                $1,237

24 potentially negative months                                                       Closed

## Account info

| | | | |
|---|---|---|---|
| Account name | **SIKORSKY FINANCIAL CU** | Balance | **$1,237** |
| Account number | **402888XXXXXXXXXX** | Balance updated | **Mar 12, 2021** |
| Original creditor | - | Credit limit | **$1,000** |
| Company sold | - | Monthly payment | - |
| Account type | **Credit Card - Revolving Terms** | Past due amount | **$425** |
| Date opened | **Nov 20, 2014** | Highest balance | - |
| Account status | **Closed** | Terms | **Revolving** |
| Payment status | **Charge-off** | Responsibility | **Individual** |
| Status updated | **May 2019** | Your statement | - |

## Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | CO | CO | — | — | — | — | — | — | — | — | — |
| 2020 | — | CO | CO | CO | CO | — | CO | — | CO | CO | CO | CO |
| 2019 | 30 | 60 | 120 | 120 | CO | CO | CO | — | CO | CO | CO | CO |
| 2018 | — | — | — | — | — | — | — | — | — | — | — | — |
| 2017 | — | — | — | — | — | — | — | — | — | — | — | — |
| 2016 | ● | ● | ● | ● | ● | ● | ● | ● | ● | — | — | — |
| 2015 | — | — | — | — | — | — | — | — | — | — | — | ● |

● On time    CO Charge off    30 days late    60 days late    120+ days late    — Data unavailable

## Contact info

| | |
|---|---|
| Address | **1000 ORONOQUE LN STRATFORD, CT 06614** |
| Phone number | **(203) 377-2252** |

## Comments

**Account closed at credit grantor's request**

Credit Report - IdentityIQ

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Last Reported: | 07/22/2019 | 07/22/2019 | 07/01/2019 |
| Comments: | Closed | - | Closed or paid account/zero balance Charge |
| Date Last Active: | 07/18/2019 | 07/01/2019 | - |
| Date of Last Payment: | - | - | - |

**Two-Year payment history**

| Month | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 17 | 17 | 17 | 17 | 17 |
| TransUnion | | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | | | | | | | | |
| Experian | | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | | | | | | | | |
| Equifax | | OK | OK | OK | | OK | OK | OK | | | | | | | | | | | | | | | | |

**CAPITAL ONE**

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 51780576**** | 51780576**** | 51780576**** |
| Account Type: | Revolving | Revolving | Revolving |
| Account Type - Detail: | Credit Card | Credit Card | Credit Card |
| Bureau Code: | Individual | Individual | Individual |
| Account Status: | Derogatory | Derogatory | Derogatory |
| Monthly Payment: | $0.00 | $0.00 | $0.00 |
| Date Opened: | 09/10/2018 | 09/01/2018 | 09/01/2018 |
| Balance: | $1,301.00 | $1,301.00 | $1,301.00 |
| No. of Months (terms): | 0 | 0 | 0 |
| High Credit: | $1,301.00 | $0.00 | $1,301.00 |
| Credit Limit: | $1,000.00 | $1,000.00 | $0.00 |
| Past Due: | $1,301.00 | $1,301.00 | $1,301.00 |
| Payment Status: | Collection/Chargeoff | Collection/Chargeoff | Collection/Chargeoff |
| Last Reported: | 03/01/2021 | 02/18/2021 | 03/01/2021 |
| Comments: | Charged off as bad debt Dispute resolved; reported by grantor | Account was in dispute - now resolved - reported by subscriber. Unpaid balance reported as a loss by the credit grantor. | Charged off account Credit card |
| Date Last Active: | 10/08/2019 | 10/01/2019 | 05/01/2019 |
| Date of Last Payment: | 03/01/2019 | 03/01/2019 | 05/01/2019 |

*Example →*

**Two-Year payment history**

| Month | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 21 | 21 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |
| Experian | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | 150 | 120 | 90 | 60 | 30 | OK |
| Equifax | OK | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | 120 | 120 | 90 | 60 | OK | OK |

**(Original Creditor:)**

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | | | 3310**** |
| Account Type: | | | Collection |
| Account Type - Detail: | | | Collection |
| Bureau Code: | | | Individual |

RENARD ROBINSON - Experian
Date of Report: Aug 10, 2020



**TD BANK NA**
**483950XXXXXXXXXX**

Closed

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | TD BANK NA |
| Account # | 483950XXXXXXXXXX |
| Original Creditor | - |
| Company Sold | - |
| Account Type | REVOLVING |
| Date Opened | Aug 22, 2018 |
| Account Status! | Closed |
| Payment Status | Current |
| Status Updated | Sep 2019 |
| Balance | - |
| Balance Updated | Sep 04, 2019 |
| Credit Limit | $10,000 |
| Monthly Payment | $35 |
| Past Due Amount | - |
| Highest Balance | $3,772 |
| Terms | Revolving |
| Responsibility | Terminated |
| Your Statement | - |
| Comments | - |

## CREDIT USAGE

N/A

Unknown Credit Usage
Credit usage could not be calculated for this account because either the balance and/or credit limit were not reported.

### CONTACT INFORMATION

70 GRAY RD
PORTLAND, ME 04105
(888) 751-9000

### PAYMENT HISTORY

| **2019** | | | | | **2018** | | | |
|---|---|---|---|---|---|---|---|---|
| Jan | Feb | Mar | Apr | | Jan | Feb | Mar | Apr |
| May | Jun | Jul | Aug | | May | Jun | Jul | Aug |
| Sep | Oct | Nov | Dec | | Sep | Oct | Nov | Dec |

OK OK          Data Unavailable

*Full Closed Account Report*

*Example*

*Summary*    *Accounts (Closed)*    *Collections*    *Inquiries*    *Public Records*    *Credit Score*

Exhibit 10

 **SCHWAB**
**BANK**

March 30, 2021

Questions: 1-877-239-1163

Renard Robinson
817 Naugatuck Ave.
Milford, CT 06461-2315

---

### Important information about your recent application.

---

Thank you for your recent application for a Schwab Bank High Yield Investor Checking® account linked to a Schwab One® brokerage account. After careful consideration, your High Yield Investor Checking application has been declined because it does not meet the business guidelines set by Schwab Bank.

You will be notified in a separate letter regarding the status of your Schwab One account.

Our decision was based, in whole or in part, on information obtained in a report from the consumer reporting agency Equifax. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You also have a right to obtain a free copy of your credit report if you contact the agency at the address or phone number below and request the report within 60 days after receiving this notice:

Equifax
P.O. Box 740241
Atlanta, GA 30374
1-800-685-1111
www.equifax.com

In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. Please note that the reporting agency did not participate in our decision and will be unable to supply specific reasons why this application was declined.

We also obtained your credit score from Equifax and used it in making our decision. Your credit score is a number that reflects the information contained in your credit report. Your credit score can change as a result of how the information in your credit report changes.

On March 8, 2021 your credit score was reported to us as 628. Credit scores range from a low of 300 to a high of 850.

The key factors that adversely affected your credit score were:

*(Continued on next page)*

 **Member FDIC** ©2021 Charles Schwab Bank. All rights reserved. Member FDIC. CRS 00038 (0518-8GPA) 03/21 SGC63002-02 20950685_197366249

5920-T2-S16

*Defendants Incorrect Reporting...*

SERIOUS DELINQUENCY, AND PUBLIC RECORD OR COLLECTION FILED
LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
NUMBER OF ACCOUNTS WITH DELINQUENCY
TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN    → *Defendants Efforts to continue reporting.*

**Thank you for your understanding in this matter.** If you have questions or need assistance, please call a Schwab Bank Representative at 1-877-239-1163, Monday through Friday, 6 a.m. to 5 p.m. PT.

Sincerely,

*Jannette Martinez*

**Jannette Martinez**
Customer Verification & Research Center
P.O. Box 982600
EL PASO, TX 79998-2600

**Written Inquiries:** Charles Schwab Bank, Customer Verification & Research Center
211 Main Street, San Francisco, CA 94105

Charles Schwab & Co., Inc. and Charles Schwab Bank are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. Brokerage products offered by Charles Schwab & Co., Inc. are not insured by the FDIC, are not deposits or obligations of Charles Schwab Bank, and are subject to investment risk, including the possible loss of principal invested. Deposit and lending products are offered by Charles Schwab Bank, Member FDIC and an Equal Housing Lender.

Charles Schwab & Co., Inc. and Charles Schwab Bank are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. Brokerage products offered by Charles Schwab & Co., Inc. are not insured by the FDIC, are not deposits or obligations of Charles Schwab Bank, and are subject to investment risk, including the possible loss of principal invested. Deposit and lending products are offered by Charles Schwab Bank, Member FDIC and an Equal Housing Lender.

**Member FDIC** | ©2021 Charles Schwab Bank. All rights reserved. Member FDIC. CRS 00038 (0518-8GPA) 03/21 SGC63002-02 20950685_197366249



March 30, 2021

Account #: ****-*523
Questions: 1-877-239-1163
Monday through Friday,
9 a.m. to 8 p.m. ET

Renard Robinson
817 Naugatuck Ave.
Milford, CT 06461-2315

ɪlɪʊɪlɪlɪ‖ɪʊɪʊɪlɪʊɪ‖ɪ‖ɪɪʊɪɪʊɪlɪɪʊɪʊlɪɪʊɪ

---

### Your brokerage account has been closed.

---

Dear Renard Robinson,

During a recent review, we found that the brokerage account noted above doesn't meet Schwab's business guidelines. After careful consideration, we have closed the account. We regret any inconvenience this may cause.

**What this means for your account.**

Your account is now closed. Please discontinue using all checks and Schwab Bank Visa® Platinum Debit Cards associated with this account. If you have scheduled electronic transfers to or from this account, please cancel them.

**Thank you for your understanding in this matter.** If you have any questions, please consult the General Terms section of your Schwab Brokerage Account Agreement or call us at the number above.

©2021 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. CRS 00038 (0520-0CSW) 03/21 SGC38873-09 20950670_197366228

# T&M

## TOBIN & MAROHN
ATTORNEYS & COUNSELLORS AT LAW
538 Preston Avenue, Suite 270
Meriden, Connecticut 06450
Telephone  (203) 777-6660 / Toll Free (877) 907-6660

AUG.1,2019
~~July 23, 2019~~

Renard C Robinson
817 Naugatuck Ave

Milford, Connecticut 06461

**RE:    SIKORSKY FINANCIAL CREDIT UNION,INC**
**ACCOUNT NUMBER(S):  XXXXXXX63-16**
**OUR FILE NUMBER:      19-00636-0**

Dear Renard C Robinson / :

In response to your recent communication we have reviewed your claim and want to provide you with the following response:

> In response to your recent communication please find our client's affidavit in support of their claim.

Feel free to contact our office with any questions you may have.

Very truly yours,
TOBIN & MAROHN

BY: _____
William L. Marohn, Esq.
JOSEPH M. TOBIN, P.C.

19-00636-0/IC-FJP
ny

This document is certified as a true and exact copy of the original and has been mailed by the undersigned on:

8-2-19

Name: _____

**THIS IS AN ATTEMPT TO COLLECT A DEBT.**
**ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**
**THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.**

From: Apple Card Support no_reply@post.applecard.apple
Subject: Your Apple Card application status
Date: Jun 10, 2021 at 1:39:33 PM
To: renard224@icloud.com

 **Card**

**Goldman
Sachs**

**Apple Card Applicant:**
Renard Robinson, renard224@icloud.com

# Your application
# has been reviewed.

Thank you for your interest in Apple Card. Goldman Sachs Bank USA
has reviewed your application, and it was not approved at this time
because:

- Serious delinquency
- Proportion of balances to credit limits on bank/national revolving or
  other revolving accounts is too high
- Number of accounts with delinquency

**Goldman Sachs Bank USA received your credit score from
TransUnion Consumer Solutions.**

Your credit score is a number that reflects the information in your
consumer report. Your credit score can change, depending on how the
information in your consumer report changes.

Your credit score as of June 10, 2021: **589**

Scores range from a low of 300 to a high of 850.